Motion Granted; Appeal Dismissed and Memorandum
Opinion filed May 19, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00355-CV

____________

 

IN THE INTEREST OF J.Z., S.O., and O.E.O., Children

 

 



 

On Appeal from the 315th District Court

Harris County, Texas

Trial Court Cause No. 2009-02360J

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 31, 2011, terminating appellant’s
parental rights.  On May 13, 2011, appellant filed a motion to dismiss the
appeal because the trial court granted her motion for new trial.  See
Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

Panel consists of Justices Frost, Jamison, and
McCally.